

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-21-00353-CV

Amar **GUEYE**,
Appellant

v.

Luz **TORRES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV02073
Honorable J Frank Davis, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On October 18, 2021, we struck appellant's original brief because it failed to comply with the briefing rules in the Texas Rules of Appellate Procedure and ordered appellant to file an amended brief correcting the deficiencies. *See* TEX. R. APP. P. 38.1. On December 27, 2021, appellant filed an amended brief. The amended brief does not correct all the deficiencies in appellant's original brief. For example, the amended brief lacks a proper list of all parties and counsel, a proper statement of facts with record references, and legal argument that includes appropriate citations to the appellate record. *See id*. The amended brief also lacks proof of service on appellee's counsel. *See* TEX. R. APP. P. 9.5(d). Notwithstanding these deficiencies, we will not strike appellant's amended brief and will not order appellant to file a second amended brief. However, appellant is advised that because of some of the deficiencies in the amended brief, we may ultimately conclude that appellant has waived his appellate complaints due to inadequate briefing. *See Lott v. First Bank*, No. 04-13-00311-CV, 2014 WL 4922896, at *4 (Tex. App.—San Antonio Oct. 14, 2014, no pet.) (holding the appellant waived any appellate complaint by failing to comply with the briefing rules set out in Rule 38.1 of the Texas Rules of Appellate Procedure).

Because appellant's amended brief lacks proof of service on appellee's counsel, the clerk of this court is directed to send a copy of the amended brief to appellee's counsel. Appellee's brief is due on or before **February 10, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court